DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JASON HAYES PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JASON HAYES PARKER,<br><br>　　　　　　　Defendant. | NO. 6:11-cr-0005 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE/REVIEW HEARING; ORDER<br><br>Date:　December 6, 2011<br>Time:　9:00 a.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for November 1, 2011, **may be continued to December 6, 2011 at 10:00 a.m.**

　　　This continuance is requested by counsel for defendant to allow additional time for defense preparation.  Defense has new counsel, and is obtaining a transcript of suppression hearing.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  October 28, 2011 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  October 28, 2011 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jason Hayes Parker |

ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for November 1, 2011 until December 6, 2011, HEREBY ORDERS AS FOLLOWS:

The status conference in the above entitled matter shall be continued to December 6, 2011 at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:  October 28, 2011        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Parker - Stipulation to Continue
Status Conference and Order