DANIEL J. BRODERICK, #89424
Federal Defender
CHRISTOPHER A. CURTIS Texas State Bar No. 05270900
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JASON PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-CR-00005 MJS |
| *Plaintiff,* | UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES ON |
| v. | DEFENDANT'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL |
| JASON PARKER, | ORDER |
| *Defendant.* | Date: October 16, 2012 |
| | Judge: Magistrate Judge Michael J. Seng |

Comes now, the defendant Jason Parker, and requests an extension of the briefing deadlines in the above entitle case, and in support thereof, shows the Court the following:

I.

Parker has been charged in a amended criminal complaint with Count 1, possession of a concealed weapon, in violation of California Penal Code Section 12025(a)(1); Count 2, driving on a suspended license in violation of 36 CFR 4.2(b), CVC 14601.1(a); Count 3, expired vehicle registration in violation of 36 CFR 4.2(b), CVC 4000(a); and Count 4, obstructing traffic, 36 CFR 4.13. On September 6, 2012, this case was tried before the Honorable Michael J. Seng, United States Magistrate Judge. On September 6, 2012, at the conclusion of the government's case in chief, the defendant moved for a judgment of acquittal pursuant to Fed. R. Crim. P. 29 on all counts of the complaint. Thereafter, the Court set a briefing schedule for the parties on the Rule 29 motion. The defendant's brief is due October 9, 2012. The government's response is due October

1  29, 2012, and the defendant's reply is due November 13, 2012.

## II.

The Defendant is requesting that the deadline for his brief be extended by one week, and that the government also be given an additional week to file it's response. The defendant is **not** requesting an extension for the due date for the defendant's reply brief beyond the November 13, 2012 currently set by the Court. The reason for this request is that undersigned counsel has been working on the defendant's brief the weekend of October 6 through October 8, 2012, but has not been able to complete the research for each of the four counts alleged in the indictment. Counsel has also not had a chance to review the trial transcript from the September 6, 2012, trial. Counsel returned to his office in Fort Worth, Texas on September 17, 2012, and has been extremely busy working his cases in the Northern District of Texas, some of which were set for sentencing just a few weeks after counsel returned to Fort Worth. Counsel also had surgery the week of October 1, 2012. Counsel is requesting a brief extension of one week to allow additional time to research the factual and legal issues more fully before filing his brief in support of the Rule 29 motion. This request will not cause a delay of the trial setting. Counsel has conferred with the attorney and legal officer for the government, Matthew McNease, and Mr. McNease is not opposed to this motion.

## **CONCLUSION**

The defense moves for the Court to extend the October 9, 2012 due date for the defendant's brief in support of his Rule 29 motion to October 16, 2012. On behalf of the government, the defendant further prays that the government also be given an additional week to file its response.

///
///
///
///
///
///
///
///

DATED: October 9, 2012                              Respectfully submitted,

                                        By:   /s/ Christopher A. Curtis
                                              CHRISTOPHER A. CURTIS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              Jason Parker

ORDER

Defendant's motion is due October 16, 2012.  The government's reply brief is due November 5, 2012.

IT IS SO ORDERED.

Dated:   October 11, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

Jason Parker – Motion to extend deadline

−3−