DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JASON HAYES PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON HAYES PARKER,<br><br>  Defendant. | NO. 6:11-cr-00005 MJS<br><br>STIPULATION TO SET MATTER FOR CONTINUATION OF TRIAL; ORDER<br><br>Date:  February 13, 2013<br>Time:  1:30 p.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the trial in the above-referenced matter which commenced on September 6, 2012, **may be re-set for continuance of trial on February 13, 2013, at 1:30 P.M. before the Honorable Magistrate Judge Michael J. Seng.**

This continuance is made because subsequent to presentation of the government's case-in-chief, on October 16, 2012, defendant filed a Rule 29 motion for judgment of acquittal (Dkt. 40); on November 6, 2012 the government filed it's opposition (Dkt. 41); on November 13, 2012, defendant filed his reply

///

///

///

///

(Dkt. #42).  On November 19, 2012, the court made it's order that the parties file a stipulation on or before November 30, 2012 setting the matter for further bench trial.

        BENJAMIN B. WAGNER
        United States Attorney

DATED:  November 30, 2012        /s/ Matthew A. McNease
        MATTHEW A. McNEASE
        Acting Legal Officer
        National Park Service

        DANIEL J. BRODERICK
        Federal Defender

DATED:  November 30, 2012        /s/ Andras Farkas
        ANDRAS FARKAS
        Assistant Federal Defender
        Attorney for Defendant
        Jason Hayes Parker

## ORDER

The Court, having reviewed the above stipulation and good cause appearing, IT IS HEREBY ORDERED THAT continued trial in this matter shall resume  February 13, 2013 at 1:30 P.M. if and as necessary.

IT IS SO ORDERED.

Dated:   December 3, 2012        /s/ *Michael J. Seng*
        UNITED STATES MAGISTRATE JUDGE