# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Jason Hayes Parker** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:11cr0005**<br><br>Andras Farkas<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   pleaded guilty to count: One and Two
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.4 (f) | Possession of a Concealed Weapon | 08/20/2011 | One |
| 36 C.F.R. 4.2/CVC 14601.2 (a) | Suspended Drivers License | 08/20/2011 | Two |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X]   Count(s) Three and Four (are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[X]   Appeal rights given.       []   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/13/2013
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
2/13/2012
Date

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be on UNSUPERVISED PROBATION for a term of  12 MONTHS.  Except during the period that defendant will be serving required 30 days of home confinement and he will be will be Supervised by the United States Probation Office.

1. The defendant shall be monitored for a period of 30 days, to be served on consecutive weekends, with location monitoring technology, which may include the use of radio frequency (RD) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer. In addition to other court imposed conditions of release, the defendant's movement in the community shall be restricted to his residence every weekend from Friday evening at 6:00 p.m. to Sunday evening at 12:00 a.m. for 10 consecutive weekends. The defendant shall be restricted to his residence during these times unless other activities are pre-approved by the probation officer. While the defendant is not on weekend restriction, the monitor is to remain affixed to his ankle.

2. The defendant shall obey all laws.

3. The defendant shall pay a $380 and $20 penalty assessment for a total of $400. The fine shall be paid in payments of $50 per month, commencing on March 31, 2013 and due at the end of each month until paid in full.  Payment shall be sent to U.S. District Court, Clerk's Office, 2500 Tulare St. Room 1501, Fresno, CA 93721 and include case number on case or money order.